UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                :

A.B.,                                :
                                :
                 Plaintiff,        :
                                :              26-CV-2146 (AS)
         -v-                     :
                                :                 ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                                :
                 Defendant.      :
                                :
----------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

        In this case, Plaintiff seeks attorney's fees in connection with their claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this order** and not to exceed two pages, indicating whether there is any need for discovery or an initial conference in this case.  If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.  **Plaintiffs' counsel must attach to the letter all billing records related to the underlying administrative proceedings.** Finally, the parties, in that same letter, should advise the Court whether the case should be referred to the assigned Magistrate Judge for settlement purposes.

        **Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court.**  If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Rules and Practices to that party personally.

        SO ORDERED.

Dated: March 17, 2026
       New York, New York                       _____
                                          ARUN SUBRAMANIAN
                                        United States District Judge